# CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Donna Peavy**     SS#: **xxx-xx-6178**     Net Monthly Earnings: **790.28**

**Reginald Peavy**     SS#: **xxx-xx-5855**     Number of Dependents: **2**

1. Plan Payments:
   ( ___ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **Huntsville City Schools** for
   $ **782.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ■ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **46,920.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **2,750.00** ; **$297.00** paid pre-petition; $ **0.00** to be paid at confirmation and $ **613.25** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Trustmark Ntl Bankl** | **$91,609.00** | ☐ by Trustee<br>■ by Debtor<br>**$864.00** | | **$5,160.00** | | **6.00%** | **$597.27** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | | |

III. Other debts (<u>not shown in 1 or 2 above</u>) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

   ■ This is an original plan.

   ☐ This is an amended plan replacing plan dated ____ .

   ■ This plan proposes to pay unsecured creditors **21** %.

   ■ Other Provisions:
   **1. Student loans to be subclassed and paid, to the extent possible, in years 4 & 5.**

Name/Address/Telephone/Attorney for Debtor (s)     Date **May 11, 2012**     **/s/ Donna Peavy**
**John C. Larsen**     **Donna Peavy**
     Signature of Debtor
**1733 Winchester Road**     **/s/ Reginald Peavy**
**Huntsville, AL 35811**     **Reginald Peavy**
Telephone # **256-859-3008**     Signature of Debtor